UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Tremaine L. Pace,                        )
                                         )
       Plaintiff,                )
                                         )
  v.                                     )    Case No. 11-0294-CV-W-HFS
                                         )
Portfolio Recovery Associates, LLC,      )
                                         )
       Defendant.                )

JUDGMENT IN A CIVIL CASE

   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   Decision by Court. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's motion for summary judgment is granted. Judgment is entered in favor of defendant.


June  25 , 2011                          ANN THOMPSON
                                         CLERK OF COURT


                                         /s/ Tina Duer
                                         by Tina Duer