

Metropolitan
COURT REPORTERS
Videography ▼ Videoconferencing
9200 Indian Creek Parkway - Suite 205 - Overland Park, KS 66210
800-748-7511   913-317-8800   FID: 36-3600268

  

Job #: 111213NMS2
Job Date: 12/13/2011
Order Date: 12/13/2011
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #: 28487
Inv.Date: 12/21/2011
Balance: $615.60

Bill To:
Mr. Joshua C. Dickinson
Spencer Fane Britt & Browne, LLP
1000 Walnut
Suite 1400
Kansas City, MO  64106

Action: Pace, Tremaine L.
vs
Portfolio Recovery Associates, LLC
Action #: 4:11-cv-00294
Rep: NMS
Cert: MO,KS

| Item | Proceeding/Witness | Description | Amount |
|------|--------------------|-------------|--------|
| 1 | Tremaine Pace | Transcript | $510.00 |
| 2 | | (Delivered in Condensed Format) | $0.00 |
| 3 | | 1/2 Attendance | $60.00 |
| 4 | | Electronic PTX Transcript | $10.00 |
| 5 | | Signature | $20.00 |
| 6 | | Exhibits - Scanned | $5.60 |
| 7 | | Shipping & Handling | $10.00 |

RECEIVED
DEC 27 2011
SPENCER FANE BRITT & BROWNE LLP

Comments:

We appreciate your business.  Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $615.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$615.60** |
| Payment | $0.00 |
| **Balance Due** | **$615.60** |

Federal Tax I.D.: 36-3600268    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Mr. Joshua C. Dickinson
Spencer Fane Britt & Browne, LLP
1000 Walnut
Suite 1400
Kansas City, MO  64106

Deliver To:
Mr. Joshua C. Dickinson
Spencer Fane Britt & Browne, LLP
1000 Walnut
Suite 1400
Kansas City, MO  64106

# Invoice

Metropolitan Court Reporters, Inc.
9200 Indian Creek Parkway
Suite 205
Overland Park, KS 66210

Phone: (913) 317-8800
Fax: (913) 317-8850

Invoice #: 28487
Inv.Date: 12/21/2011
Balance: $615.60
Job #: 111213NMS2
Job Date: 12/13/2011
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: